**Industrial Refuse Disposal Company, appellee, v. City of Chicago, appellant. Gen. No. 39,312.**

Opinion filed February 15, 1938.

Barnet Hodes, Corporation Counsel, for appellant; John W. McCarthy, Alexander J. Resa and J. Herzl Segal, Assistant Corporation Counsel, of counsel. P. J. Lucey and William K. Tell, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

**Telegraphers National Bank of St. Louis, Missouri, appellee, v. O. A. Rawlins et al., appellants. Gen. No. 39,513.**

Opinion filed February 15, 1938.

Stevens & Carrier, for appellants; George M. Stevens and George M. Stevens, Jr., of counsel. Leon T. Wilson, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

**People of the State of Illinois, appellant, v. Joyce Pangos, appellee. Gen. No. 39,661.**

Opinion filed February 15, 1938.

Thomas J. Courtney, State's Attorney, for appellant; Edw. E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel. No appearance for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.